# In The United States Court of Federal Claims

No. 12-380C

(Filed: February 25, 2013)

---

UNITED LAUNCH SERVICES, LLC,
and THE BOEING COMPANY,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

---

### ORDER

---

A preliminary status conference will be held in this case on Friday, March 8, 2013, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference.

    **IT IS SO ORDERED**.

                                s/ Francis M. Allegra
                                Francis M. Allegra
                                Judge