# In The United States Court of Federal Claims

No. 12-380C

(Filed: March 8, 2013)

_____

UNITED LAUNCH SERVICES, LLC,
and THE BOEING COMPANY,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today a preliminary status conference was held in this case. Participating in the conference were Carl Nichols, for plaintiffs, and Corinne Niosi, for defendant. Pursuant to discussions during the conference:

1. On or before February 28, 2014, the parties shall complete fact discovery;

2. On or before March 31, 2014, the parties shall exchange opening expert reports;

3. On or before May 5, 2014, the parties shall exchange rebuttal expert reports;

4. On or before May 19, 2014, the parties shall begin taking expert depositions;

5. On or before June 16, 2014, the parties shall complete expert discovery; and

6. On or before June 30, 2014, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule as appropriate.

**IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra      
                                                  Francis M. Allegra
                                                  Judge