# In the United States Court of Federal Claims

| | |
|---|---|
| UNITED LAUNCH SERVICES, LLC, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 12-380C |
| v. ) | (Filed: February 5, 2020) |
| ) | <u>nunc pro tunc</u> December 19, 2019 |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

The Clerk is directed to reassign this case to Judge Mary Ellen Coster Williams for the conduct of ADR proceedings <u>nunc pro tunc</u> as of December 19, 2019.

**IT IS SO ORDERED.**

                                            s/ Elaine D. Kaplan
                                            ELAINE D. KAPLAN
                                            Judge